**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Case No. 1:24-cv-01497-LLA |

**JOINT STATUS REPORT**

Pursuant to the Court's March 30, 2026 Memorandum Opinion and Order, ECF No. 33 ("Order"), Plaintiff Citizens for Responsibility and Ethics in Washington and Defendant United States Department of Justice, by and through respective counsel, respectfully submit this Joint Status Report.

The Parties are assessing next steps in this litigation in light of the Order and will continue to meet and confer regarding the same. The Parties therefore respectfully request that they be permitted to file another joint status report with the Court on May 13, 2026.

Dated: April 13, 2026

Respectfully Submitted,

*/s/ Jonathan E. Maier*
Jonathan Maier
(D.C. Bar No. 1013857)
Nikhel S. Sus
(D.C. Bar No. 1017937)
Citizens for Responsibility and Ethics
in Washington
P.O. Box 14596
Washington, D.C. 20044
Phone: (202) 408-5565
Fax: (202) 508-5020
jmaier@citizensforethics.org
nsus@citizensforethics.org

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov