**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>*Defendant.* | Case No. 1:24-cv-01497-LLA |

**PLAINTIFF'S STATUS REPORT**

Plaintiff Citizens for Responsibility and Ethics in Washington submits this status report pursuant to the Court's minute order of April 13, 2026. The undersigned counsel for CREW apologizes for the untimeliness of this filing, which was inadvertent and the result of counsel's error in the course of managing its caseload. In light of the Court's Memorandum Opinion and Order, EFC No. 33 (March 3, 2026), CREW intends to dismiss this action and will confer with Defendant's counsel regarding a stipulation to that effect at their earliest convenience.

Dated: May 14, 2026

Respectfully submitted,

*/s/ Jonathan E. Maier*
Jonathan E. Maier (D.C. Bar No. 1013857)
Nikhel S. Sus (D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565

jmaier@citizensforethics.org
nsus@citizensforethics.org

*Counsel for Plaintiff*