**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>*Defendant.* | Case No. 1:24-cv-01497-LLA |

**STIPULATION OF DISMISSAL**

Plaintiff Citizens for Responsibility and Ethics in Washington and Defendant United States Department of Justice hereby jointly stipulate to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own fees and costs. As a stipulation made pursuant to Rule 41(a)(1)(A)(ii), this dismissal is effective without court order.

Respectfully submitted,

*/s/ Jonathan E. Maier*
Jonathan E. Maier (D.C. Bar No. 1013857)
Nikhel S. Sus (D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
jmaier@citizensforethics.org
nsus@citizensforethics.org

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

/s/ Heidy L. Gonzalez
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Counsel for Defendant*

Date: May 15, 2026